UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| DEBORAH D, <br> *Plaintiff,* <br><br> v. <br><br> KILOLO KIJAKAZI,[1] <br> Acting Commissioner of <br> Social Security, <br> *Defendant.* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Case 3:21-cv-246-DNH-TWD |

**<u>Consent Order for Payment of Fees under the Equal Access to Justice Act</u>**

IT IS HEREBY STIPULATED AND AGREED by the undersigned attorneys for the parties in the above-titled action that Plaintiff be awarded attorney fees and expenses under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, in the amount of six thousand, one hundred thirty-four dollars and thirty-three cents ($6,134.33). This award will satisfy all Plaintiff's claims for fees, costs, and expenses under 28 U.S.C. § 2412 in this case. Any fees paid belong to Plaintiff and not to her attorney and can be offset to satisfy pre-existing debt that Plaintiff owes the United States. *Astrue v. Ratliff*, 560 U.S. 586 (2010). After the Court enters this award, if Defendant can verify that Plaintiff owes no preexisting debt subject to offset, Defendant agrees to make the award payable to Plaintiff's attorney pursuant to the EAJA assignment signed by Plaintiff and counsel.

AND, the Court having reviewed the record in this matter;

IT IS on this 16th day of March, 2022;

ORDERED that Plaintiff be awarded fees under EAJA in the amount of $6,134.33 and that the fees are payable to Plaintiff, but if Plaintiff does not owe a debt subject to offset, payable to Plaintiff's attorney.

---

[1] Kilolo Kijakazi has replaced Andrew Saul as Acting Commissioner of Social Security, and should be automatically substituted as defendant pursuant to Fed. R. Civ. P. 25(d).

_____
David N. Hurd
U.S. District Judge

The undersigned hereby consent to the form and entry of the within order.

Dated: March 15, 2022

| Kilolo Kijakazi, | Deborah D███, |
|---|---|
| By Her Attorneys | By Her Attorney |
| Carla B. Freedman,<br>United States Attorney | Coughlin & Gerhart, LLP |
| */s/ Natasha Oeltjen*<br>Special Assistant United States Attorney<br>Social Security Administration<br>Office of the General Counsel<br>J.F.K. Federal Building, Room 625<br>Boston, MA 02203<br>(617) 565-1849<br>natasha.oeltjen@ssa.gov | */s/ Scot G. Miller*[2]<br>99 Corporate Drive<br>Binghamton, NY 13902<br>(607) 723-9511<br>smiller@cglawoffices.com |

---

[2] Signed by Natasha Oeltjen with Scot Miller's permission.